BTXN 100 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
BM318, LLC

                Debtor(s)

BM318, LLC c/o Timothy Barton, President, et al
                Appellant(s)
  vs.
Courtney C. Thomas, Receiver, et al
                Appellee(s)

Case No.: 20−42789−mxm11
Chapter No.: 11

Adversary No.: 21−04051−mxm

Civil Action No.: 4:24−cv−863−P

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 9/6/2024 regarding Final Agreed Judgment Dismissing Adversary Proceeding by BM318, LLC c/o Timothy Barton, President; Timothy Barton in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☐ Appeal filing fee not paid.
- ☑ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☐

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on September 23, 2024.

DATED: 9/23/24

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk