IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-mxm11 |
| BM318, LLC c/o Timothy Barton, President,[1] and TIMOTHY BARTON,<br><br>Appellants,<br><br>v.<br><br>CORTNEY C. THOMAS, Receiver, THE DIXON WATER FOUNDATION, and LUMAR LAND & CATTLE, LLC,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. Act. No. 4:24-cv-863-P<br><br>*On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Ft. Worth Division* |

**RECEIVER CORTNEY C. THOMAS'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 8012.1 and Federal Rule of Bankruptcy Procedure

[1] Cortney C. Thomas, the court-appointed receiver of BM318, LLC (the "Receiver"), has utilized this case style solely because the Clerk styled the case this way. For the avoidance of doubt, however, the Receiver does not agree that BM318, LLC should be listed as, or that it is, an appellant, and the Receiver reserves all rights and does not waive the right to assert that BM318, LLC is not the appellant. The only person who filed a notice of appeal was Timothy Barton, and Mr. Barton lacks legal authority to act for BM318, LLC, which is under receivership pursuant to the *Order Appointing Receiver*, entered at ECF No. 417 in Civil Action No. 3:22-cv-2118-x, pending in the U.S. District Court for the Northern District of Texas, Dallas Division ("Receivership").

8012, BM318, LLC certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities may be financially interested in the outcome of this bankruptcy appeal:

1. **Appellant:**

Timothy Barton, *pro se*

2. **Appellees:**

BM318, LLC

c/o Cortney C. Thomas, Receiver

Counsel:

Charlene C. Koonce
C. Alan Carrillo
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Phone: 214-327-5000
Fax: 214-327-5001
Email: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

The Dixon Water Foundation

Counsel:

Deborah M. Perry
Julian P. Vasek
Munsch Hardt Kopf & Harr P.C.
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Phone: 214-855-7500
Fax: 214-855-7584

Email: dperry@munsch.com
Email: jvasek@munsch.com

Lumar Land & Cattle, LLC

Counsel:

J. Robert Forshey
Forshey & Prostok
777 Main St, Suite 1550
Fort Worth, TX 76102
Phone: 817-877-8855
Fax: 817-877-4151
Email: bforshey@forsheyprostok.com

Kimberly P. Harris
Joshua L. Shepherd
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: 214-871-2100
Fax: 214-871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

**3. Persons and Entities with Interests in the Receivership[2]:**

1. 126 Villita LLC, receivership entity
2. 2999TC Acquisitions, LLC, receivership entity
3. 2999TC JMJ CMGR, LLC (Delaware), receivership entity
4. 3820 Illinois, LLC, interested party
5. Adam and Reese LLP, counsel for interested party Bank of America, N.A.

[2] This certificate of interested persons list was included in the Receiver's *Amicus Brief* filed on July 30, 2024 in Case No. 23-11237, which is pending in the United States Court of Appeals for the Fifth Circuit.

6. Alexander, Daniel Rasoul, counsel for interested party Dhiraj Ramolia

7. AVG West, LLC, receivership entity

8. Badgley, Serena, interested party

9. Bank of America, N.A., interested party

10. Barbero, Megan, counsel for plaintiff-appellee Securities and Exchange Commission

11. Barton, Maximilien, interested party

12. Barton, Timothy, defendant-appellant

13. Baum, Nathan B., counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, LLC, Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

14. BEE2019, LLC, receivership entity

15. Bernstein, Keefe M., counsel for plaintiff-appellee Securities and Exchange Commission

16. BM318 LLC, receivership entity

17. Broadview Holdings Trust, receivership entity

18. Brown Fox PLLC, counsel for receiver Cortney C. Thomas

19. Buchholz, Robert W., counsel for interested party Southern Star Capital LLC

20. Cain & Skarnulis PLLC, counsel for interested party Serena Badgley

21. Capps, Aaron T., counsel for interested party Circle H Contractors LP

22. Capps and Associates PLLC, counsel for interested party Circle H Contractors LP
23. Carnegie Development, LLC, defendant and receivership entity
24. Carrillo, C. Alan, counsel for receiver Cortney C. Thomas
25. Chandler & Shavin PLLC, counsel for interested party Dhiraj Ramolia
26. Chandler Law PC, counsel for interested party Dhiraj Ramolia
27. Chandler, Corinna P., counsel for interested party Dhiraj Ramolia
28. Chapple, Ryan E., counsel for interested party Serena Badgley
29. Cheves, P. Kyle, counsel for interested party McCormick 101, LLC
30. Circle H Contractors LP, interested party
31. Conley, Michael A., counsel for plaintiff-appellee Securities and Exchange Commission
32. Cooke, Chris, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC
33. Cox, Eric Angela Nealy, counsel for interested party HNGH Turtle Creek
34. Curran, Thomas J., counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC
35. D4DS LLC, receivership entity
36. D4FR LLC, receivership entity

37. D4IN, LLC (Texas), receivership entity

38. D4KL LLC, receivership entity

39. D4MC, LLC (Texas), receivership entity

40. D4OP, LLC, receivership entity

41. DeYoung, Kyle M., counsel for interested party HNGH Turtle Creek, LLC

42. DJD Land Partners, LLC, relief defendant and receivership entity

43. Edney, Michael J., counsel for defendant-appellant Timothy Barton

44. Enoch Investments LLC, receivership entity

45. Etri, James E., counsel for plaintiff-appellee Securities and Exchange Commission

46. FHC Acquisition LLC, receivership entity

47. Freda, Dominick V., counsel for plaintiff-appellee Securities and Exchange Commission

48. First Development Company of Ohio LLC, interested party

49. Fu, Haoqiang, defendant

50. Fullington, Ian E., counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC

51. Gillespie Villas LLC, receivership entity

52. Gitlin, Jonathan Alexander, counsel for interested party First Development Company of Ohio LLC

53. Goldmark Hospitality LLC, receivership entity

54. Green, Gordon Welborne, counsel for interested party Truist Bank

55. Hale, Harlin D., counsel for ADR Provider
56. Heiskell, Michael P., counsel for defendant Stephen T. Wall

57. Hicks, Jr., George W., counsel for counsel for interested party HNGH Turtle Creek, LLC

58. Hill, Ezekiel L., counsel for plaintiff-appellee Securities and Exchange Commission

59. HNGH Turtle Creek, LLC, interested party

60. Holland & Knight LLP, counsel for defendant-appellant Timothy Barton

61. HR Sterling, LLC, receivership entity

62. Hunter, Renee M., counsel for intervenor United States of America.

63. Hunton Andrews Kurth LLP, counsel for defendant-appellant Timothy Barton

64. Investors:

    1. Hong Guo
    2. Yijing Wu
    3. Nanjing Sun
    4. Kangying Mao
    5. Huaizhen Gao
    6. Wanwan Li
    7. Yue Xu
    8. Lan Ji
    9. Wei Xing
    10. Wenjun Wang
    11. Jie Zou
    12. Jun Wang
    13. Lin Li
    14. Yunding Kang

15. Shuping Yang
16. ChangHua Lin
17. Pei Guan
18. Yulan Chen
19. Hairuo Yang
20. Xuegeng Gong
21. Haiming Xu
22. Aiguo Luo
23. Yi Tang
24. Xuezhen Cai
25. Jingqiu Tang
26. Qu Chen
27. Yue Zhang
28. Sun Zhang
29. Xiangdong Zhu
30. Yaohua Lin
31. Jiancheng Chen
32. Min Deng
33. Liying Mao
34. Zhongguo Feng
35. Liying Yang
36. Dan Wu
37. Ying Ding
38. Hanjiang Fu
39. Yuan Yuan
40. Hanjiang Fu
41. Hua Cai
42. Ruiling Xiao
43. Chenchen Jiang
44. Pengfei Dong
45. Xiaodong Hao
46. Xiaoquan Dai
47. Jialin Hu
48. Heng Zhang
49. Fang Ding
50. Lin Gao
51. Fei Gao
52. Qin Chu
53. Gang Xu
54. Ling Guan
55. Chao Xu

56. Weipeng He
57. Jianjin Li
58. Zhenhua Li
59. Qiao Qin
60. Ying Zhang
61. Jiaxiang Lu
62. Weijia Kong
63. Li Jang
64. Li wen Bian
65. Jun Li
66. Youhong Zhu
67. Rongping Wu
68. Yadan Liu
69. Rufeng Ding
70. Lin Zhou
71. Jinghui Ma
72. Yun Sun
73. Guoqin Zhou
74. Qiuying Li
75. Bingjie Xu
76. Shufang Luo
77. Tianqing Song
78. Ping Chen
79. Di Tang
80. Jin Wang
81. Fuqing Chen
82. Kui Wang
83. Weisi Wang
84. Yi Qu
85. Xiaomin Fan
86. Cunxiang Ji
87. Jinzhe Wu
88. Ruinian Wu
89. Wen Wu
90. Ou Jiang
91. Feng Yan
92. Mai Ye
93. Wenjuan Yin
94. Kai Tian
95. Ling Zhong
96. Sicheng Zhan

97. Yan Zhang
98. Ying Zhou
99. Jun Zeng
100. Peng Guo

65. JMJ Acquisitions LLC, receivership entity

66. JMJ Development LLC, receivership entity

67. JMJ Hospitality, LLC, receivership entity

68. JMJ VC Management, LLC, receivership entity

69. JMJAV, LLC, receivership entity

70. JMJD4, LLC (Delaware), receivership entity

71. JMR100 LLC, receivership entity

72. Johnson Vaughn & Heiskell, counsel for defendant Stephen T. Wall

73. Johnston Clem Gifford PLLC, counsel for interested party Truist Bank

74. Kane Russell Coleman & Logan PC, counsel for interested party HNGH Turtle Creek, LLC

75. Kane, John J., counsel for interested party HNGH Turtle Creek, LLC

76. Kearns, David T., counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

77. Kirkland & Ellis LLP, counsel for interested party HNGH Turtle Creek, LLC

78. Kleinsasser, Matthias, counsel for interested party Vertical Street Ventures, LLC

79. Koonce, Charlene C., counsel for receiver Cortney C. Thomas

80. Lajolla Construction Management LLC, receivership entity

81. Law Office of Robert W. Buchholz PC, counsel for interested party Southern Star Capital LLC

82. LC Aledo TX, LLC, receivership entity

83. LDG001, LLC, relief defendant and receivership entity

84. Lesser, Joshua A., counsel for interested party Bank of America, N.A.

85. Light, Barbara, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

86. Louisiana National Bank, interested party

87. Lynco Ventures, LLC, receivership entity

88. Mansion Apartment Homes at Marine Creek, LLC, receivership entity

89. Marine Creek SP, LLC, receivership entity

90. McCormick 101, LLC, interested party

91. MFO Venus Development, LLC, interested party

92. MO 2999TC, LLC, receivership entity

93. Moeller, Evan A., counsel for interested party Bank of America, N.A.

94. Moss & Associates, LLC, counsel for interested party MFO Venus Development LLC

95. Munsch Hardt Kopf & Harr, P.C., counsel for interested party The Dixon Water Foundation

96. MXBA LLC, interested party

97. Nealy Cox, Erin, counsel for interested party HNGH Turtle Creek, LLC

98. Norman, Brian K., counsel for interested party Southern Properties Capital, Ltd.

99. Norris, Jeffrey Blair, counsel for interested party Southern Properties Capital, Ltd.

100. Northstar PM, LLC (Texas), receivership entity

101. Norton Rose Fulbright US LLP, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

102. O'Connell, Sean B., counsel for defendant-appellant Timothy Barton

103. Orchard Farms Village LLC, receivership entity

104. Palisades-TC, LLC, interested party

105. Patton, Jonathan R., counsel for interested party Palisades-TC, LLC

106. Peckar & Abramson, counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC

107. Perry, Deborah M., counsel for interested party The Dixon Water Foundation

108. Pioneer Finance, Inc., interested party

109. Polsinelli PC, counsel for interested party McCormick 101, LLC

110. Ramer, Samuel, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

111. Ramolia, Dhiraj, interested party

112. Ridgeview Addition, LLC (Texas), receivership entity

113. Roossien, Jr., Dennis L., counsel for interested party The Dixon Water Foundation

114. Rose, Shirley B., counsel for interested party Texas Republic Bank, N.A.

115. Scheef & Stone, L.L.P., counsel for interested party interested party Texas Republic Bank, N.A.

116. Schurr, Patrick J., counsel for interested party interested party Texas Republic Bank, N.A.

117. Scott, John B., counsel for interested party Pioneer Finance, Inc.

118. Scott & Scott, PLLC, counsel for interested party Pioneer Finance, Inc.

119. Seagoville Farms, LLC, receivership entity

120. Securities and Exchange Commission, plaintiff-appellee

121. SF Rock Creek, LLC, receivership entity

122. Shamoun & Norman, LLP, counsel for interested party Southern Properties Capital, Ltd.

123. Shamoun, C. Gregory, counsel for interested party Southern Properties Capital, Ltd.

124. Shavin, Eliot Dana, counsel for interested party Dhiraj Ramolia

125. Sosland, Martin Allen, counsel for interested party Louisiana National Bank

126. Southern Properties Capital, Ltd., interested party

127. Southern Star Capital LLC, interested party

128. Spector & Cox, PLLC, counsel for interested parties Tamamoi, LLC and 3820 Illinois, LLC

129. Spector, Howard Marc, counsel for interested parties Tamamoi, LLC and 3820 Illinois, LLC

130. Tamamoi, LLC, interested party

131. TC Hall, LLC, receivership entity

132. Texas Republic Bank, N.A., interested party

133. The Dixon Water Foundation, interested party

134. Thomas, Cortney C., receiver

135. Tillotson Johnson & Patton, counsel for interested party Palisades-TC, LLC

136. Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, receivership entity

137. TRTX Properties LLC, interested party

138. Truist Bank, interested party

139. United States of America, intervenor

140. Venus59 LLC, receivership entity

141. Vertical Street Ventures, LLC, interested party

142. Villita Development, LLC, receivership entity

143. Villita Towers LLC, receivership entity

144. Wall, Stephen T., defendant

145. Wall007, LLC, defendant and receivership entity

146. Wall009, LLC, defendant and receivership entity

147. Wall010, LLC, defendant and receivership entity

148. Wall011, LLC, defendant and receivership entity

149. Wall012, LLC, defendant and receivership entity

150. Wall016, LLC, defendant and receivership entity

151. Wall017, LLC, defendant and receivership entity

152. Wall018, LLC, defendant and receivership entity

153. Wall019, LLC, defendant and receivership entity

154. Waller, Greg, counsel for Hunton Andrews Kurth LLP, counsel to defendant-appellant Timothy Barton

155. Wells, Tim, counsel for receiver Cortney C. Thomas

156. Wielebinski, Joe, counsel for interested party Vertical Street Ventures, LLC

157. Winstead PC, counsel for interested party Vertical Street Ventures, LLC

158. WRL2019, LLC (Texas), receivership entity

RESPECTFULLY SUBMITTED this 25th day of September, 2024.

**BROWN FOX PLLC**

By: /s/ *C. Alan Carrillo*
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

**ATTORNEYS FOR CORTNEY C. THOMAS, RECEIVER OF BM318, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of September, 2024, he caused a true and a correct copy of the foregoing document to be served via the Court's CM/ECF system on all parties entitled to such service and on Timothy Barton by regular, first class mail, postage prepaid at P.O. Box 117625, Carrollton, TX 75007.

By: /s/ *C. Alan Carrillo*
C. Alan Carrillo