IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-mxm11 |
| BM318, LLC c/o Timothy Barton, President,[1] and TIMOTHY BARTON,<br><br>Appellants,<br><br>v.<br><br>CORTNEY C. THOMAS, Receiver, THE DIXON WATER FOUNDATION, and LUMAR LAND & CATTLE, LLC,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. Act. No. 4:24-cv-863-P<br><br>*On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Ft. Worth Division* |

**LUMAR LAND & CATTLE, LLC'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 8012.1 and Federal Rule of Bankruptcy Procedure

[1] Lumar Land & Cattle, LLC has utilized this case style solely because the Clerk styled the case this way. For the avoidance of doubt, however, Lumar does not agree that BM318, LLC should be listed as or is an appellant and reserves all rights and does not waive the right to assert that BM318, LLC is not the appellant. The only person who filed a notice of appeal was Timothy Barton, and Mr. Barton lacks legal authority to act for BM318, LLC, which is under receivership pursuant to the *Order Appointing Receiver*, entered at ECF No. 417 in Civil Action No. 3:22-cv-2118-x, pending in the U.S. District Court for the Northern District of Texas, Dallas Division.

8012, Lumar Land & Cattle, LLC ("Lumar") certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities may be financially interested in the outcome of this bankruptcy appeal:

1. **Appellant:**

Timothy Barton, *pro se*

2. **Appellees:**

BM318, LLC

c/o Cortney C. Thomas, Receiver

Counsel:

Charlene Cantrell Koonce
C. Alan Carrillo
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Phone: 214-327-5000
Fax: 214-327-5001
Email: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

The Dixon Water Foundation

Counsel:

Deborah M. Perry
Julian P. Vasek
Munsch Hardt Kopf & Harr P.C.
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Phone: 214-855-7500
Fax: 214-855-7584

Email: dperry@munsch.com
Email: jvasek@munsch.com

Lumar Land & Cattle, LLC

Counsel:

J. Robert Forshey
Forshey & Prostok, LLP
777 Main St, Suite 1550
Fort Worth, TX 76102
Phone: 817-877-8855
Fax: 817-877-4151
Email: bforshey@forsheyprostok.com

Kimberly P. Harris
Joshua L. Shepherd
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: 214-871-2100
Fax: 214-871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

RESPECTFULLY SUBMITTED this 25th day of September, 2024.

**FORSHEY & PROSTOK, LLP**

By: /s/ J. Robert Forshey
J. Robert Forshey
Texas Bar No. 07264200
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

**ATTORNEY FOR LUMAR LAND & CATTLE, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 25th day of September, 2024, he caused a true and a correct copy of the foregoing document to be served via the Court's CM/ECF system on all parties entitled to such service and on Timothy Barton by regular, first class mail, postage prepaid at P.O. Box 117625, Carrollton, Texas 75007.

By: /s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Appeal No. 4-24-cv-00863-P\Cert of Interested Persons (BF v) 9.25.24.docx