UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BM318, LLC, ET AL.,**

   Plaintiff,

v.                                                       **No. 4:24-cv-00863-P**

**COURTNEY C. THOMAS, ET AL.,**

   Defendant.

## ORDER

On September 11, 2024, the Bankruptcy Clerk of Court filed a Notice Transmitting the Bankruptcy Record on Appeal. ECF No. 1. Under the Federal Rules of Bankruptcy Procedure, an "appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." FED. R. BANKR. P. 8018(a)(1). As of the date of this Order, Appellant has not filed a brief.

Accordingly, the Court **ORDERS** Appellant to file a brief by **October 21, 2024,** at **5:00 p.m.** Failure to comply with this Order will result in the dismissal of this case without prejudice and without further notice.

**SO ORDERED** on this **18th day of October 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE