UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BM318, LLC, ET AL.,**

   Plaintiffs,

v.                                                           No. 4:24-cv-00863-P

**COURTNEY C. THOMAS, ET AL.,**

   Defendants.

## ORDER

Before the Court is Appellants Motion for Extension of Time to File Appellant's Brief on the Merits. ECF No. 10. Having considered the Motion and related filings, the Court hereby **GRANTS in part** and **DENIES in part** the Motion.

As stated in the Court's previous order, the Appellant's deadline for filing a brief was October 11, 2024. Nonetheless, the Court permitted Appellant to file by October 21, 2024, at 5:00 p.m. ECF No. 9. Now, Appellant asks the Court to extend that deadline to November 20, 2024. Given the previous extensions, and this Court's valuable resources and time, the Court will allow Appellant until November 4, 2024, at 5:00 p.m. to file its brief.

Therefore, the Court **ORDERS** that **on or before November 4, 2024, at 5:00 p.m.,** Appellant file its brief on the merits.

**SO ORDERED** on this **22nd day of October 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE