**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BM318, LLC, | § | Case No. 20-42789 |
| | § | |
| Debtor. | § | |
| | § | |
| Timothy Barton, *et al.*, | § | |
| | § | |
| Appellants, | § | Civil Action No. 4:24-cv-863-P |
| | § | |
| v. | § | *Appeal from Adv. No. 21-04051* |
| | § | *U.S. Bankruptcy Court* |
| Cortney C. Thomas, Receiver, *et al.*, | § | *Northern District of Texas* |
| | § | |
| Appellees. | § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS APPEAL**

Before the Court is the Joint Motion to Dismiss Appeal (ECF No. ___, the "Motion"). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion. This appeal is hereby **DISMISSED**.

**SO ORDERED** on this **___ day of December, 2024.**