**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: <br><br> BM318, LLC, <br><br> Debtor. | § § § § § § | Chapter 11 <br><br> Case No. 20-42789-mxm11 |
| BM318, LLC c/o Timothy Barton, President,[1] and TIMOTHY BARTON, <br><br> Appellants, <br><br> v. <br><br> CORTNEY C. THOMAS, Receiver, THE DIXON WATER FOUNDATION, and LUMAR LAND & CATTLE, LLC, <br><br> Appellees. | § § § § § § § § § § § § § | Civ. Act. No. 4:24-cv-863-P <br><br> *On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Ft. Worth Division* |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that the undersigned, formerly of Forshey & Prostok, LLP ("FP"), counsel to Lumar Land & Cattle, LLC in its capacity as Appellee, hereby advises the Court and all interested parties of their change of law firm affiliation and contact information.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, the law firm affiliation and contact information is as follows:

J. Robert Forshey
Emily S. Chou
VARTABEDIAN HESTER & HAYNES LLP
Bank of America Tower
301 Commerce Street, Suite 3635

[1] Lumar Land & Cattle, LLC has utilized this case style solely because the Clerk styled the case this way. For the avoidance of doubt, however, Lumar does not agree that BM318, LLC should be listed as or is an appellant and reserves all rights and does not waive the right to assert that BM318, LLC is not the appellant. The only person who filed a notice of appeal was Timothy Barton, and Mr. Barton lacks legal authority to act for BM318, LLC, which is under receivership pursuant to the *Order Appointing Receiver*, entered at ECF No. 417 in Civil Action No. 3:22-cv-2118-x, pending in the U.S. District Court for the Northern District of Texas, Dallas Division.

Fort Worth, Texas 76102
817-214-4990 Telephone
bobby.forshey@vhh.law
emily.chou@vhh.law

Dated: January 3, 2025.

Respectfully submitted,

*/s/ J. Robert Forshey*
J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES, LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: bobby.forshey@vhh.law
emily.chou@vhh.law

***Counsel for Lumar Land & Cattle, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice on January 3, 2025.

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Appeal No. 4-24-cv-00863-P\Notice of Change of Law Firm - (Lumar Appeal).docx