**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 20-42789 |
| Timothy Barton, *et al*.,<br><br>Appellants,<br><br>v.<br><br>Cortney C. Thomas, Receiver, *et al*.,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:24-cv-863-P<br><br>*Appeal from Adv. No. 21-04051*<br>*U.S. Bankruptcy Court*<br>*Northern District of Texas* |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY**

NOW COME appellees The Dixon Water Foundation ("Dixon"), Cortney C. Thomas, in his capacity as the receiver (the "Receiver") for BM318, LLC (the "Debtor"), and Lumar Land & Cattle, LLC ("Lumar", and collectively with the Receiver and Dixon, the "Appellees"), and file this *Unopposed Motion to Extend Deadline to File Reply* (the "Motion"), in support of which they would respectfully show as follows:

1. On December 3, 2024, the Appellees filed the *Joint Motion to Dismiss Appeal* (Dkt. No. 13). The Court thereafter granted appellant Timothy Barton an extension of time to respond to the motion to dismiss (*see* Dkt. No. 18). The Court

noted in its electronic order that, "[s]hould Appellee wish to have a brief extension to file its Reply, the Court would be inclined to grant such a motion as well."

2. Mr. Barton filed his response on January 13, 2025 (Dkt. No. 20). Under Fed. R. Bankr. P. 8013(a)(3), the Appellees have seven days to file a reply. As the Court anticipated, however, the Appellees would appreciate a small amount of additional time to reply, namely seven more days. This will allow them to coordinate and file a single joint reply.

3. As set out below in the *Certificate of Conference*, Mr. Barton's counsel confirmed he does not oppose the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Appellees respectfully request that the Court enter an order (1) extending their reply deadline seven days; and (2) granting them such other and further relief to which they are entitled.

RESPECTFULLY SUBMITTED this 17th day of January, 2025.


By: /s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR THE DIXON WATER FOUNDATION**


-and-


By: /s/ *C. Alan Carrillo*
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

**ATTORNEYS FOR CORTNEY C. THOMAS, RECEIVER OF BM318, LLC**


-and-

By: /s/ *J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

By: /s/ *Kimberly P. Harris*
Kimberly P. Harris
Texas Bar No. 24002234
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 17th day of January, 2025, true and correct copies of this document were electronically served: (1) by the Court's ECF system on parties entitled to notice thereof, including on Timothy Barton through Kaitlyn Coker, Esq., counsel of record; and (2) by email to Mr. Barton's other counsel, Warren Norred (wnorred@norredlaw.com).

/s/ *Julian P. Vasek*
Julian P. Vasek

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Mr. Barton's counsel, Warren Norred on January 15, 2025, and Mr. Barton does not oppose the relief requested herein.

/s/ *Julian P. Vasek*
Julian P. Vasek