**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | <br><br>Case No. 20-42789 |
| Timothy Barton, *et al*.,<br><br>Appellants,<br><br>v.<br><br>Cortney C. Thomas, Receiver, *et al*.,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>Civil Action No. 4:24-cv-863-P<br><br>*Appeal from Adv. No. 21-04051*<br>*U.S. Bankruptcy Court*<br>*Northern District of Texas* |

**ORDER GRANTING UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO FILE REPLY**

Before the Court is the Unopposed Motion to Extend Deadline to File Reply (ECF No. ___, the "Motion"). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion. The Appellees' deadline to file a reply in support of their motion to dismiss is extended through and including January 27, 2025.

**SO ORDERED** on this ___ day of January, 2025.