# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Please disregard the mandate letter issued today. It was issued in error.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Craig Alan Carrillo
Mrs. Kaitlyn Coker
Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Ms. Karen S. Mitchell
Mr. Warren Norred
Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek