# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2025

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Dear Mr. Norred,

Our court issued a monetary sanction on 8/13/2025. By copy of this letter, I am advising the district court that the sanction has been satisfied.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Enclosure(s)

cc:
Ms. Karen S. Mitchell